(105 So. 705)

### Ex parte George VEAL.   (4 Div. 236.)

(Supreme Court of Alabama.   Oct. 15, 1925.)

Certiorari to Court of Appeals.

Baldwin & Murphy, of Andalusia, for petitioner.

Harwell G. Davis, Atty. Gen.; opposed.

PER CURIAM. Petition of George Veal for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Veal v. State, 105 So. 705. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.